IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL No. 1871<br>: 07-md-1871<br>: |
| THIS DOCUMENT APPLIES TO: | : |
| Bautista v. GSK | : 13-cv-5125 |

### ORDER

AND NOW, this 9th day of April 2015, upon consideration of Defendant's Motion for Summary Judgment Based on Statute of Limitations [Doc. 5], Plaintiff's response, and Defendant's reply, and Plaintiff's Motion for Summary Judgment [Doc. No. 7], and Defendant's response, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's Motion is **DENIED**. Plaintiff's claims are barred by the applicable statutes of limitations and therefore are **DISMISSED** with prejudice.

The Clerk of Court is **DIRECTED** to close this case.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.